FILED 24 JUL '13 16:25 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND   DIVISION

3:13 - CV - 1261 HZ

KUMAR NAHARAJA
_____

Civil Case No. _____
(to be assigned by Clerk of the Court)

*(Enter full name of plaintiff(s))*

**MOTION FOR APPOINTMENT
OF PRO BONO COUNSEL**

**Plaintiff(s),**

v.

Carter D Wray; Erika L Finanger; Joseph Pinter;

Cindy Ferrell; Donald Girard; Patrick Brunett;

*(Enter full name of ALL defendant(s))*
Sue Simmons; Daniel Gibbs; Jeff Kraakevik; Jason Coryell; Dana Braner

**Defendant(s).** Thomas K Koch, Stephen A Back, and Barry Russman

I, ____Kumar Naharaja____, move for the appointment of counsel for *(check one)*:
- [ ] the limited purpose of reviewing and evaluating my claims;
- [ ] for mediation or settlement; OR
- [x] for all purposes.

To support this motion, I declare under penalty of perjury that:
1.      [x] I have ~~been granted, or~~ have applied for, permission to proceed *in forma pauperis*; OR
         [x] I have attached an affidavit demonstrating my inability to pay the cost of an attorney.

2.      I have made the following diligent efforts to obtain legal counsel but have been unsuccessful because of ~~my poverty~~:
I am a foreign national student (resident physician) authorized to work by Department of Homeland Security, I am being unlawfully terminated from my education & employment and will no longer be able to pay for an Attorney's Services after losing employment.

3.      I need appointed counsel to assist me because:
The complexity of my case involves several federal questions, such as anti-discrimination laws relating to education & employment, Foreign Labor certification Severe Labor abuse, Regulations related to Health Care Services to Public & involves diversity of citizenship

07/23/2013
DATE

SIGNATURE OF APPLICANT

KUMAR NAHARAJA
PRINTED NAME OF APPLICANT

# AFFIDAVIT

In support of my Motion for Appointment of Pro Bono Counsel, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☐ Yes  ☑ No

    If "Yes" state the place of your incarceration: _____

2. Are you currently employed? ☑ Yes  ☐ No  ☐ Self-employed

    a. If the answer is "Yes," state:

    Employer's name: Oregon Health & Science University(will soon be unlawfully terminated

    Employer's address: 3181 SW Sam Jackson Park Rd, L579  Portland, OR 97239

    Amount of take-home pay or wages: $ 1359.03 per bi-weekly (specify pay period)

    b. If the answer is "No," state:

    Name of last employer: _____

    Address of last employer: _____

    Date of last employment: _____

    Amount of take-home salary or wages: $_____ per _____ (specify pay period)

3. Is your spouse or significant-other employed?  ☐ Yes  ☐ No  ☐ Self-employed  ☑ Not applicable
    If the answer is "Yes," state:

    Employer's name: _____

    Employer's address: _____

    Amount of take-home pay or wages: $_____ per _____ (specify pay period)

4. In the past 12 months have you received any money from any of the following sources?

    a. Business, profession or other self-employment  ☐ Yes  ☑ No

    If "Yes," state:  Amount received:  $ _____

    Amount expected in future:  $ _____

    b. Rent payments, interest, or dividends  ☑ Yes  ☐ No

    If "Yes," state:  Amount received:  $ 100 (Enclosure # 2)

    Amount expected in future:  $ -none-

    c.    Pensions, annuities, or life insurance payments ☐ Yes ☑ No

        If "Yes," state: Amount received: $ _____

        Amount expected in future: $ _____

    d.    Disability or workers compensation payments ☐ Yes ☑ No

        If "Yes," state: Amount received: $ _____

        Amount expected in future: $ _____

    e.    Gifts or inheritances ☐ Yes ☑ No

        If "Yes," state: Amount received: $ _____

        Amount expected in future: $ _____

    f.    Any other sources ☐ Yes ☑ No

        If "Yes," state: Source: _____

        Amount received: $ _____

        Amount expected in future: $ _____

5. Do you have cash or checking or ~~savings~~ accounts? ☑ Yes ☐ No
(including prison trust accounts)?

If "Yes," state the total amount: $19,853.16 (as of 7/23/13)

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☑ Yes ☐ No

If "Yes," describe the asset(s) and state the value of each asset listed.

_____

<u>Stocks and Bonds are default investments of employee benefits (Retirement Savings Plan)</u>
<u>Please refer to enclosures Nos. 3 & 4</u>
_____
_____

7. Do you have any other assets? ☐ Yes ☑ No

If "Yes," list the asset(s) and state the value of each asset listed.

_____
_____
_____
_____
_____

8. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?  ☑ Yes  ☐ No

   If "Yes," describe and provide the amount of the monthly expense.
   Rent for Apartment : $ 760 per month;
   Electricity : approximately $ 19 to $ 20 per month
   Internet (stand alone) Wireless: $ 27.50 per month
   Cell phone: $ 75.73 per month; Automobile policy: $100.76 per month (starting July 2013)
   (3 Year lease) Leased Toyota Motor vehicle: $299.00 per month; Gas: approx. $22.00 per month

9. List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   No dependants

10. Do you have any debts or financial obligations?  ☐ Yes  ☑ No

    If "Yes," describe the amounts owed and to whom they are payable.
    None (Except as noted in item # 8 above)

07/23/2013
DATE

SIGNATURE OF APPLICANT
KUMAR NAHARAJA
PRINTED NAME OF APPLICANT

Name:     Kumar Naharaja
Address:  930 NW 25th Place, Apt 402           CIVIL CASE # _____
          Portland, OR 97210-2875
Phone:    612.987.6782

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

<u>Complaint on Educational Discrimination & Employment Discrimination in a Public Institute of Higher Education receiving Federal funds (Oregon Health & Science University School of Medicine)</u>

**Plaintiff:**      KUMAR NAHARAJA
                    Vs.
**Defendants:** Carter Wray, Erika Finanger, Donald Girard, Joseph Pinter, Cindy Ferrell, Daniel Gibbs, Patrick Brunett, Sue Simmons, Jeff Kraakevik, Jason Coryell, Dana Braner, Thomas K Koch, Stephen Back, and Barry Russman.

<u>Motion for Appointment of Pro Bono Counsel</u>

Honorable Chief District Judge Ann Aiken,

I am submitting a motion for Appointment of Pro Bono Counsel for all purposes. I was represented earlier this spring by Attorney at Law, **Thomas F Spaulding** for the limited purposes of filing a Tort Claim notice. I am no longer able to pay for an attorney's services and Attorney Tom Spaulding has quite appropriately canceled the retainer agreement on my request after I made the payment in full for his services until 6/20/13.

I believe my case involves several federal questions, such as anti-discrimination laws relating to education, anti-discrimination laws relating to employment, whistle blower protection laws, intertwined with regulations related to Foreign Labor Certification, Severe Labor abuse, Regulations and Laws related to Medicare and Health Services statues. I would like legal representation in the above noted civil suit in the District Court and I am therefore requesting you to appoint me a Pro Bono Counsel for all purposes.

Sincerely,

*[signature]*

Kumar Naharaja

Dated: 07/24/2013

Enclosure #1



**OREGON HEALTH & SCIENCE UNIVERSITY**
3181 S.W. Sam Jackson Park Road • Portland, OR 97239-3098
Tel: (503) 494-8103

Employee: Kumar Naharaja
Employee No: 67214

Federal Allowances: 0
FIT Additional: $0.00
FIT:
Medicare:

State Allowances: 0
SIT Additional: $0.00
SIT:
SS:

**Earnings Statement**
Pay Period: 15
Check Date: 07/19/2013

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | | | $2,000.00 | $30,000.00 |
| Benefit Dollars | | | $318.00 | $4,452.00 |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| OHSU PPO | $289.60 | $4,054.40 |
| PMH Prking Pre | $43.85 | $131.85 |
| ODS Dental | $22.22 | $311.08 |
| PRK Prkng Pre | $0.00 | $484.00 |
| **Total Pre-Tax Deductions** | **$355.67** | **$4,981.33** |

| After-Tax Deductions | Current | YTD |
|---|---|---|

| | Current | YTD |
|---|---|---|
| Gross Cash Earnings | $2,318.00 | $34,452.00 |
| Non-Cash Taxable Earnings | $0.00 | $0.00 |
| **Total Gross Earnings** | **$2,318.00** | **$34,452.00** |

| Tax Deductions | Current | YTD |
|---|---|---|
| SS Withheld | $121.66 | $1,827.18 |
| MEDICARE Withheld | $28.45 | $427.32 |
| FIT Withheld | $312.84 | $4,705.88 |
| WC Withheld | $1.32 | $18.40 |
| SIT Withheld | $139.03 | $2,088.58 |
| **Total Tax Deductions** | **$603.30** | **$9,067.36** |

| Total After-Tax Deductions | | |
|---|---|---|
| Expense Reimbursements | Current | YTD |
| **Total Reimbursements** | | |
| **Net Pay** | | **$1,359.03** |



**OREGON HEALTH & SCIENCE UNIVERSITY**
3181 S.W. Sam Jackson Park Road • Portland, OR 97239-3098

**Direct Deposit Advice**
Deposit Date: 07/19/2013
Deposit Amount: $1,359.03
Account Number: XXXXXXXX5844

DEPOSITED TO THE ACCOUNT OF:
Kumar Naharaja
930 NW 25th Place, Apt 402
Westover Towers
Portland OR  97210

**NON-NEGOTIABLE**

**DIRECT DEPOSIT VOUCHER – NON-NEGOTIABLE**

**THIS DOCUMENT ISSUED AS A TAX STATEMENT FOR A 1099 INFORMATION RETURN STATEMENT – READ CAREFULLY**

U S BANK NA
RETAIL SUPPORT EP-MN-WS5A
P O BOX 64799
ST PAUL MN 55164-0799

*Enclosure #2*



E.I.N. 31-0841368

800-872-2657, 503-872-2657, 800-685-5065 TDD
0001   0984   0501

Page 1 of 1

000000020 1 SP     106481095354856 P
KUMAR NAHARAJA
930 NW 25TH PL APT 402
PORTLAND OR    97210-2875

FOR TAX YEAR

2012

TAXPAYER ID NUMBER

XXX-XX-2165

CORRECTED    AS OF 04/16/13

2012 - 1099-INT, INTEREST INCOME

|  | ACCOUNT NUMBER |  |
|---|---|---|
| CHECKING | 3216 000153664785844 |  |
| BOX 1 | INTEREST INCOME | 100.00 |
| TOTAL INTEREST |  | 100.00 |

Form 1099-INT; Form 1099-DIV;
Form 1099-OID - Copy B – For Recipient
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.
*Form 1099-OID: The amount reported in Box 1 may not be the correct figure to report on your income tax return. See instructions on back.

1099-INT, Interest Income, OMB No. 1545-0112
1099-DIV, Dividends and Distributions, OMB No. 1545-0110
1099-OID, Original Issue Discount, OMB No. 1545-0117
**PLEASE SEE REVERSE SIDE FOR INSTRUCTIONS**

12012F



**Oregon Health & Science University**

KUMAR NAHARAJA
930 NW 25TH PLACE, APT 402
WESTOVER TOWERS
PORTLAND, OR 97210-

**Retirement Savings Statement**

☎ Customer Service: (800) 343-0860
Fidelity Investments Institutional Operations Company, Inc.
82 Devonshire Street
Boston, MA 02109

ENCLOSURE # 3

## Your Account Summary
Statement Period: 06/01/2013 to 06/30/2013

| Activity | Ohsu 401a | Ohsu 403b | Ohsu 457b | Total |
|---|---|---|---|---|
| Beginning Balance | $0.00 | $755.44 | $0.00 | $755.44 |
| Employer Contributions | $0.00 | $1,560.00 | $0.00 | $1,560.00 |
| Change in Account Value | $0.00 | $11.91 | $0.00 | $11.91 |
| **Ending Balance** | **$0.00** | **$2,327.35** | **$0.00** | **$2,327.35** |
| Additional Information | | | | |
| Vested Balance | $0.00 | $1,396.41 | $0.00 | $1,396.41 |

### Your Personal Rate of Return

| This Period | -2.2% |
|---|---|

Your Personal Rate of Return is calculated with a time-weighted formula, widely used by financial analysts to calculate investment earnings. It reflects the results of your investment selections as well as any activity in the plan account(s) shown. There are other Personal Rate of Return formulas used that may yield different results. Remember that past performance is no guarantee of future results.

## Your Asset Allocation
Statement Period: 06/01/2013 to 06/30/2013



■ 71.00% Stock Investments: $1,652.42
■ 29.00% Bond Investments: $674.93

Your account is allocated among the asset classes specified above as of 06/30/2013. Percentages and totals may not be exact due to rounding.

The Additional Investment Information section lists the underlying allocation of your blended investments.

## Account Value
Statement Period: 06/01/2013 to 06/30/2013

This section displays the value of your account for the period, in both shares and dollars.

### Ohsu 401a

| Investment | Shares as of 05/31/2013 | Shares as of 06/30/2013 | Price as of 05/31/2013 | Price as of 06/30/2013 | Account Value as of 05/31/2013 | Account Value as of 06/30/2013 |
|---|---|---|---|---|---|---|
| Account Totals | | | | | $0.00 | $0.00 |

### Ohsu 403b

**FIDELITY FREEDOM K FUNDS**

| Investment | Shares as of 05/31/2013 | Shares as of 06/30/2013 | Price as of 05/31/2013 | Price as of 06/30/2013 | Account Value as of 05/31/2013 | Account Value as of 06/30/2013 |
|---|---|---|---|---|---|---|
| Blended Investments* | | | | | $755.44 | $2,327.35 |
| FID Freedom K 2030 | 52.425 | 165.080 | $14.41 | $14.10 | $755.44 | $2,327.35 |
| Account Totals | | | | | $755.44 | $2,327.35 |

### Ohsu 457b

| Investment | Shares as of 05/31/2013 | Shares as of 06/30/2013 | Price as of 05/31/2013 | Price as of 06/30/2013 | Account Value as of 05/31/2013 | Account Value as of 06/30/2013 |
|---|---|---|---|---|---|---|
| Account Totals | | | | | $0.00 | $0.00 |

|  | Account Value as of 05/31/2013 | Account Value as of 06/30/2013 |
|---|---|---|
| Total for All Plans | $755.44 | $2,327.35 |

Remember that a dividend payment to fund shareholders reduces the share price of the fund, so a decrease in the share price for the statement period does not necessarily reflect lower fund performance.

*You have invested a portion of your account in Blended Investments. Blended Investments generally invest in a mixture of stocks, bonds and short-term investments, blending long-term growth from stocks with income from dividends and interest. Please refer to the Additional Investment Information section to see how your blended investments are allocated across the three asset classes.

Some of the administrative services performed for the Plan were underwritten from the total operating expenses of the Plan's investment options.

### Your Contribution Elections as of

As of 07/21/2013

This section displays the investments in which your future contributions will be invested.

#### Ohsu 401a
Your Current Investment Elections as of 07/21/2013
**All Eligible Sources**

| Investment Option | Current % |
|---|---|
| **FIDELITY FREEDOM K FUNDS** | |
| Blended Investments* | |
| FID FREEDOM K 2030 | 100% |
| Total | 100% |

#### Ohsu 403b
Your Current Investment Elections as of 07/21/2013
**All Eligible Sources**

| Investment Option | Current % |
|---|---|
| **FIDELITY FREEDOM K FUNDS** | |
| Blended Investments* | |
| FID FREEDOM K 2030 | 100% |
| Total | 100% |

#### Ohsu 457b
Your Current Investment Elections as of 07/21/2013
**All Eligible Sources**

| Investment Option | Current % |
|---|---|
| **FIDELITY FREEDOM K FUNDS** | |
| Blended Investments* | |
| FID FREEDOM K 2030 | 100% |
| Total | 100% |

### Your Contribution Summary
Statement Period: 06/01/2013 to 06/30/2013

#### Ohsu 403b

| Contributions | Employer Contribution |
|---|---|
| Period to date | $1,560.00 |
| Vested Percent | 60% |
| Total Account Balance | $2,327.35 |
| Total Vested Balance | $1,396.41 |

### Your Account Activity
Statement Period: 06/01/2013 to 06/30/2013

Use this section as a summary of transactions that occurred in your account during the statement period.

#### Ohsu 403b

View Detailed Transaction History for Ohsu 403b

| Activity | Employer Contribution | Total |
|---|---|---|
| **Beginning Balance** | $755.44 | $755.44 |
| Employer Contributions | $1,560.00 | $1,560.00 |
| Change in Account Value | $11.91 | $11.91 |
| YOUR VESTED PERCENTAGE | 60% | |
| YOUR VESTED BALANCE | $1,396.41 | $1,396.41 |

| | | |
|---|---|---|
| **Ending Balance** | $2,327.35 | $2,327.35 |

## Additional Investment Information

As of 07/21/2013

Use this section to determine the asset allocation of your blended investments.

| Blended Investment | Stocks | Bonds | Short Term |
|---|---|---|---|
| FID Freedom K 2030 | 71.00% | 29.00% | 0.00% |

Blended investments generally invest in more than one asset class. The blended investment asset allocation above reflects the stated neutral mix or, if not available, the asset mix reported by Morningstar, Inc. for mutual funds or by investment managers for non-mutual funds.

Questions? Call (800) 343-0860

NetBenefits® provided by


© 1996-2013 FMR LLC
All rights reserved.

Terms of Use   Privacy   Security

IA=1 UM=1 AT=1 NB=4 SZ=5

U OF M RETIREMENT PLANS
PO BOX 64925
SAINT PAUL MN 55164-0925



AM
KUMAR NAHARAJA
930 NW 25TH PL
APT 402
PORTLAND OR  97210-2875

003086

### Your Retirement Account

| As of June 30, 2013 | $2,895.59 |
|---|---|
| Value on April 1, 2013 | $2,874.33 |
| ⊕ Contributions | $0.00 |
| ⊕ Withdrawals | $0.00 |
| ⊕ Investment Gain (Loss) | $21.26 |
| **Total Change in Value This Quarter** | **$21.26** |

### Faculty Retirement Plans
April 1, 2013 - June 30, 2013

### Managing Your Account
1-800-421-3334 or umnplans.securian.com
Contact Securian Retirement regarding the General Account, Vanguard, Fidelity, and American Century investment options in the Faculty 401(a) Plan, and Securian investment options in the Faculty 403(b) Plan.
1-800-756-2363 or umn.edu/ohr/benefits
Please contact the U of M Employee Benefits Office for general questions about your retirement plan.
*Please review your statement carefully and report any discrepancies to the U of M Employee Benefits Office within 30 days. After 30 days, corrections will be made on a current basis.*

*Enclosure #4*

### Where Your Current Dollars are Invested
By asset class, based on your ending balance.



| | | |
|---|---|---|
| 100% | | $2,895.59 |
| 0% | Money Market | $0.00 |
| 0% | Fixed Income | $0.00 |
| 0% | Balanced | $0.00 |
| 0% | Domestic Equity | $0.00 |
| 0% | | $0.00 |
| | Total Value | $2,895.59 |

### From the U of M Benefits Department



Are you saving enough for retirement? While the Faculty Retirement Plan is a great start, most individuals need to save for retirement in other ways as well. The University of Minnesota offers two voluntary pre-tax savings plans, the Optional Retirement Plan and the 457 Deferred Compensation Plan, to help you meet your goals. For additional information on these plans, please visit www.umn.edu/ohr/benefits/retiresave.

### Summary of Your Activity

| Investment Name | Opening Value on 4/1/2013 | Contributions | Transfers | Withdrawals | Gain/Loss | Closing Value on 6/30/2013 | Price Per Unit/Share | Number of Units/Shares |
|---|---|---|---|---|---|---|---|---|
| **Faculty 401(a) Retirement Plan (After 7/1/89)** | | | | | | | | |
| ML General Account | $2,874.33 | $0.00 | $0.00 | $0.00 | $21.26 | $2,895.59 | - | - |
| **Total 401(a)** | **$2,874.33** | **$0.00** | **$0.00** | **$0.00** | **$21.26** | **$2,895.59** | | |



SMX..*96100*.0509603008.10671.10671.DFMSMX01.PRTPSMX.........113002000021714000

umn.edu/ohr/benefits     Page 1 of 3

| General Account | Money Market | Fixed Income | Balanced | Domestic Equity | |
|---|---|---|---|---|---|

Use this color key to understand how your dollars are allocated across the plan's available investment options.

KUMAR NAHARAJA

April 1, 2013 - June 30, 2013

## Detail of Your Minnesota Life General Account(s)

| Name/Plan & Contribution Period | Interest Rate on 6/30/2013 | Closing value on 6/30/2013 |
|---|---|---|
| Minnesota Life General Account - Faculty 401(a) Retirement Plan (After 7/1/89) | | |
| 10/01/1963 and Later | 3.00% | $2,895.59 |

| | Money Market | Fixed Income | **Balanced** | Domestic Equity | International & Global |

Use this color key to understand how your dollars are allocated across the plan's available investment options.

**KUMAR NAHARAJA**

**April 1, 2013 - June 30, 2013**

## Performance of Investment Options

You should consider the investment objectives, risks, charges and expenses carefully before investing. This information and the most recent month end performance are available on the web sites shown on page 1. Information shown represents past performance. Past performance does not guarantee future results and current performance may be lower or higher than the performance data quoted. Investment return and principal value of an investment will fluctuate so that the value, when redeemed, may be worth more or less than the original cost.

The performance numbers pertain to the Faculty Retirement Plan. The Securian and TIAA-CREF investments options are held in separate accounts within group annuity contracts. Investments denoted with an asterisk (*) are closed to new contributions.

| Name/Contribution Period | Effective Date | Rate |
|---|---|---|
| **General Accounts** | | |
| Minnesota Life General Account Limited | 02/01/2013 | |
| 08/01/2010 - 06/30/2013 | | 3.50% |
| 08/01/2009 - 07/31/2010 | | 3.75% |
| 11/01/2002 - 07/31/2009 | | 4.05% |
| Prior to 11/01/2002 | | 4.55% |
| Minnesota Life General Account | 02/01/2013 | |
| 10/01/1963 - 06/30/2013 | | 3.00% |
| TIAA Traditional Annuity | 04/01/2013 | |
| 01/01/2012 - 06/30/2013 | | 3.00% |
| 10/01/2011 - 12/31/2011 | | 3.50% |
| 03/01/2011 - 09/30/2011 | | 4.00% |
| 09/01/2010 - 02/28/2011 | | 3.50% |
| 06/01/2010 - 08/31/2010 | | 3.75% |
| 01/01/2010 - 05/31/2010 | | 4.00% |
| 01/01/2009 - 12/31/2009 | | 4.50% |
| 01/01/2008 - 12/31/2008 | | 5.00% |
| 01/01/2000 - 12/31/2007 | | 4.25% |

| | Quarter Ended | Average Credit Rating | | | |
|---|---|---|---|---|---|
| | 06/30/13 | 1 Year | 3 Year | 5 Year | 10 Year |
| ML Gen Acct Limited | 0.9% | 3.5% | 3.8% | 4.8% | 4.6% |
| ML General Account | 0.7% | 3.0% | 3.0% | 3.3% | 3.2% |
| TIAA Trad Annuity | 0.7% | 3.0% | 3.8% | 5.0% | 4.4% |

The General Accounts are backed by the financial strength and claims-paying ability of the companies.

| Name | Quarter Ended 06/30/13 | 1 Year | 3 Year | 5 Year | 10 Year |
|---|---|---|---|---|---|
| **Money Market** | | | | | |
| CREF Money Market* | 0.0% | 0.0% | 0.0% | 0.3% | 1.6% |
| Vanguard Prime Money Market Inst. Shares | 0.0% | 0.0% | 0.1% | 0.4% | 1.9% |
| **Fixed Income** | | | | | |
| CREF Bond* | -0.7% | 1.7% | 4.8% | 5.1% | 4.2% |
| CREF Inflation Link Bond* | -3.5% | -2.2% | 5.9% | 5.0% | 5.0% |
| Vanguard GNMA Admiral Shares | -2.9% | -2.0% | 2.9% | 5.0% | 4.6% |
| Vanguard Intermediate-Term Inv-Grade Admiral | -3.3% | 1.2% | 5.6% | 6.9% | 5.1% |
| Vanguard Long-Term Inv-Grade Admiral Shares | -6.2% | -1.8% | 7.5% | 9.0% | 6.1% |
| Vanguard Inflation-Protected Securities Inst. Shares | -7.4% | -5.1% | 4.4% | 4.1% | 4.9% |
| Fidelity Strategic Income Fund | -2.5% | 3.7% | 6.6% | 7.7% | 7.1% |
| **Balanced** | | | | | |
| CREF Social Choice* | 4.1% | 17.4% | 11.0% | 5.4% | 6.4% |
| Fidelity Asset Manager 70% | 0.4% | 13.1% | 12.1% | 5.5% | 5.4% |
| Vanguard Wellington Admiral Shares | 1.6% | 15.0% | 13.4% | 7.3% | 8.2% |
| PAX World Balanced Fund | -0.5% | 11.3% | 11.3% | 3.1% | N/A |
| Vanguard Target Retirement 2010 Fund | -1.3% | 7.1% | 9.3% | 5.3% | N/A |
| Vanguard Target Retirement 2015 Fund | -0.7% | 9.6% | 10.5% | 5.4% | N/A |
| Vanguard Target Retirement 2020 Fund | -0.3% | 11.4% | 11.4% | 5.4% | N/A |
| Vanguard Target Retirement 2025 Fund | -0.1% | 12.9% | 12.3% | 5.3% | N/A |
| Vanguard Target Retirement 2030 Fund | 0.2% | 14.5% | 13.2% | 5.2% | N/A |
| Vanguard Target Retirement 2035 Fund | 0.4% | 16.0% | 14.0% | 5.2% | N/A |
| Vanguard Target Retirement 2040 Fund | 0.6% | 16.8% | 14.2% | 5.4% | N/A |
| Vanguard Target Retirement 2045 Fund | 0.6% | 16.8% | 14.3% | 5.4% | N/A |
| Vanguard Target Retirement 2050 Fund | 0.6% | 16.8% | 14.2% | 5.4% | N/A |
| Vanguard Target Retirement 2055 Fund | 0.6% | 16.8% | N/A | N/A | N/A |
| **Domestic Equity** | | | | | |
| Vanguard Windsor II Admiral Shares | 4.1% | 22.8% | 18.6% | 7.4% | 8.0% |
| CREF Equity Index* | 8.0% | 27.4% | 16.4% | 5.3% | 7.7% |
| CREF Stock* | 6.0% | 26.4% | 14.0% | 3.4% | 7.7% |
| Fidelity Contrafund | 2.0% | 16.8% | 16.7% | 6.0% | 9.9% |
| Minnesota Life Separate Account A* | 2.8% | 20.1% | 18.0% | 6.7% | 7.0% |
| Vanguard 500 Index Fund* | 2.9% | 20.4% | 18.3% | 6.9% | 7.2% |
| Vanguard Institutional Index Plus Shares | 2.9% | 20.5% | 18.4% | 7.0% | 7.3% |
| Vanguard PRIMECAP Fund Admiral Shares | 3.2% | 27.6% | 18.9% | 7.2% | 10.1% |
| CREF Growth* | 7.8% | 22.4% | 16.2% | 5.3% | 7.1% |
| Fidelity OTC Portfolio | 8.6% | 21.4% | 18.8% | 9.2% | 10.3% |
| Vanguard FTSE Social Index Fund Inst Shares* | 4.6% | 27.6% | 18.4% | 7.5% | 5.7% |
| Vanguard Total Stock Mkt Fund Inst Shares | 2.8% | 21.4% | 18.7% | 7.4% | 8.0% |
| Vanguard Extended Market Index Inst Shares | 2.4% | 25.9% | 19.7% | 8.9% | 10.5% |
| Vanguard Growth Index Fund Inst Shares | 1.2% | 16.8% | 18.7% | 7.1% | 7.8% |
| Vanguard Mid-Cap Index Institutional Shares | 2.4% | 25.0% | 19.0% | 7.9% | 10.4% |
| Vanguard Small-Cap Index Institutional Shares | 2.8% | 25.7% | 20.0% | 10.1% | 10.8% |
| **International & Global** | | | | | |
| Vanguard Total Intl Stock Fund Inst Shares | -3.3% | 13.7% | 8.4% | -0.8% | 8.3% |
| Vanguard International Value Fund | -0.2% | 18.6% | 9.7% | -0.5% | 8.7% |
| Vanguard International Explorer Fund | 0.8% | 20.8% | 10.3% | 2.1% | 10.8% |
| Vanguard Global Equity Fund | 0.6% | 21.0% | 14.4% | 2.1% | 8.7% |
| Vanguard Emerging Mkts Stock Inst Shares | -8.4% | 1.6% | 3.2% | -0.8% | 13.2% |
| CREF Global Equity* | 5.5% | 26.7% | 13.1% | 1.5% | 7.6% |

*Index information is provided for comparison only, and investors cannot invest directly in any index.*

| **Money Market** | | | | | |
|---|---|---|---|---|---|
| 3 Month T-Bill Index | 0.0% | 0.1% | 0.1% | 0.3% | 1.8% |
| **Fixed Income** | | | | | |
| Barclays Capital U.S. Aggregate Bond Index | -2.3% | -0.7% | 3.5% | 5.2% | 4.5% |
| Barclays Capital U.S. Government/Credit Bond | -2.5% | -0.6% | 3.9% | 5.3% | 4.4% |
| **Balanced** | | | | | |
| 50 % S&P 500 / 50% Barclays Capital U.S. Aggr | 0.0% | 8.3% | 9.9% | 5.4% | 5.1% |
| **Domestic Equity** | | | | | |
| Russell 2000 Index | 3.1% | 24.2% | 18.7% | 8.8% | 9.5% |
| S&P 500® Index | 2.9% | 20.6% | 18.5% | 7.0% | 7.3% |
| CBOE Russell 3000 with Income Index | 2.7% | 21.5% | 18.6% | 7.3% | 7.8% |
| **International & Global** | | | | | |
| MSCI EAFE NR Index | -1.0% | 18.6% | 10.0% | -0.6% | 7.7% |



SMX..*86210*.0508603008.10673.10673.DFMSMX01.PRTPSMX........113002000021714000