3:13 - CV - 1261   HZ



UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

**CM/ECF Application Form**
**Self-Represented Party (Non-prisoner)**

| Case Name: _____ Case No.: 3:13 - CV - 1261 HZ | **Instructions:** Read the accompanying information packet carefully before completing and submitting this form. |
|---|---|

| Name: KUMAR NAHARAJA (First, Middle Initial, Last) Telephone: 612.987.6782 E-mail: nahar002@umn.edu | Address: 930 NW 25TH PLACE APT 402 PORTLAND, OR 97210 |
|---|---|

**I request the following service:**

☒ Option 1: CM/ECF user account registration for filing access (selection of this option automatically includes Option 2 below)

☐ Option 2: Consent to electronic service of filings and notice via CM/ECF pursuant to Fed. R. Civ. P. 5

By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.

| Signature: *Kumar* | Date: 7/23/2013 |
|---|---|

**Mail or fax this page (and any requisite certifications) to:**

| ☒ **Portland Division** Clerk, US District Court Attn: CM/ECF Register 1000 SW Third Ave. Ste. 740 Portland, OR 97204 Fax: (503) 326-8010 | ☐ **Eugene Division** Clerk, US District Court Attn: CM/ECF Register 405 East Eighth Ave. Eugene, OR 97401 Fax: (541) 431-4109 | ☐ **Medford Division** Clerk, US District Court Attn: CM/ECF Register 310 West Sixth St. Medford, OR 97501 Fax: (541) 608-8779 | **Court use only:** Processed: _____ Test Message: _____ Reg E-mail sent: _____ App Docketed: _____ |
|---|---|---|---|

Rev. May 2012

CM/ECF Application Form (Pro Se)
USDC - Oregon



UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

**CM/ECF Application Form
Self-Represented Party (Non-prisoner)**

Case Name: _____

Case Number: _____

     The United States District Court for the District of Oregon uses the federal judiciary's Case Management/Electronic Case Files (CM/ECF) system to support electronic filing, service, and access to court records. The CM/ECF system contains the official court records of proceedings. (See Local Rule [LR] 100-5(d) available on the Court's website at ord.uscourts.gov.) The Court no longer maintains paper files.

     As a self-represented party, non-prisoner, you may (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. **ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE.** You will be notified by an order whether your application is approved.

**If this application is approved by the Court, you agree to abide by the requirements and conditions for the option you select as explained on the following pages.**

---

**CAUTION:** If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application.

---

     Answers to other questions you have may be found on the Court's internet site <ord.uscourts.gov>, or you may call the Clerk's Office (Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777).

*Note:* Clerk's Office staff are prohibited from giving any type of legal advice regarding your case.